**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JHIRMEKEYO SANTRELL PUGH                                                              PLAINTIFF

V.                                         4:09CV00137 WRW/HDY

DOUG MAXWELL, Jailer, Ashley County
Jail; RUSSEL HARRIS, Jail Administrator,
Ashley County Jail; MARY JANE JOHNSON,
Jailer, Ashley County Jail; and ASHLEY COUNTY JAIL                    DEFENDANTS

## ORDER

Plaintiff has submitted this §1983 case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 2nd day of March, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE